IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA J. YARBOUGH, | ) |
| Plaintiff | ) ) ) |
| vs. | ) Civil Action No. 13-cv-1311 ) United States Magistrate Judge ) Cynthia Reed Eddy ) |
| C.O. SERGEANT J. HAYNES, et al, | ) ) |
| Defendants. | ) |

## **MEMORANDUM ORDER**

Plaintiff has filed a Motion for Assistance In Obtaining a Private Investigator (ECF No. 23), in which he requests the Court to appoint an investigator to assist him at no cost to the Plaintiff.

While the Court can appreciate Plaintiff's interest in obtaining such a resource to assist him, the ability to provide Plaintiff the relief he seeks is wholly a function of the statutes governing *in forma pauperis* proceedings in federal court. Thus, in the absence of some express statutory or legal authority, this Court cannot grant this request, which would impose the costs of Plaintiff's lawsuit upon some third party, or the public. The fact that Plaintiff has been permitted to proceed *in forma pauperis* under 28 U.S.C. § 1915 only permits for the waiver of prepayment filing fees, it does not provide for the payment of any other litigation expenses.

In *Tabron v. Grace*, 6 F.3d 147, 159 (3d Cir. 1993), the United States Court of Appeals for the Third Circuit stated that "[t]here is no provision in [28 U.S.C. § 1915] for the payment by the government of the costs of deposition transcripts, <u>or any other litigation expenses</u>, and no other statue authorizes courts to commit federal monies for payment of the necessary expenses in a civil suit brought by an indigent litigant." (emphasis added). *See also Wallace v. Bledsoe,* 2010 WL

1

1565571 (M.D.Pa. 2010) (finding that the Court is without legal authority to appoint a private investigator to assist pro se litigant at no cost to the plaintiff).

As such, Plaintiff's motion is **DENIED**.

**So ORDERED** this 13th day of August, 2014.


s/ Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge


cc: Joshua J. Yarbrough
 121483
 915 2nd Ave.
 Pittsburgh PA 15219

 Scott A. Bradley
 Office of the Attorney General
 Email: sbradley@attorneygeneral.gov